## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR123** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JOHNNY L. CHATMON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant Johnny Chatmon's Motion to Proceed in Forma Pauperis (Filing No. 75), in which Defendant seeks leave to file an appeal in forma pauperis.  The Court finds that Defendant has satisfied the requirements of Federal Rule of Appellate Procedure 24(a)(1).  Accordingly,

IT IS ORDERED:

1.    Defendant Johnny Chatmon's Motion to Proceed in Forma Pauperis (Filing No. 75) is granted; and

2.    Defendant may proceed in forma pauperis on appeal.

DATED this 31st day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge