## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                  Plaintiff,

    vs.

JOHNNY L. CHATMON,

                Defendant.

8:12CR123

JUDGMENT

For the reasons discussed in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1.      The Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2.      The § 2255 Motion, ECF No. 92, is summarily dismissed; and

3.      The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 3rd day of April, 2017.

BY THE COURT:

s/Laurie Smith CAmp
Chief United States District Judge