IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHNNY CHATMON,<br><br>　　　　　　　Defendant. | 8:12-CR-123<br><br><br>**ORDER** |

　　　This matter is before the Court on the government's Motion for Dismissal (Filing 113). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Offender Under Supervision (Filing 99) without prejudice against the Defendant, Johnny Chatmon.

　　　IT IS ORDERED:

1. The government's Motion for Dismissal (Filing 113) is granted;

2. The Petition for Offender Under Supervision (Filing 99) is dismissed without prejudice against the Defendant, Johnny Chatmon; and

3. The Clerk's Office is ordered to terminate Filing 106.

　　　Dated this 13th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge